IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| **PAM BELL** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | Case No.: 3:22-cv-00035 |
| | * | |
| **VEDS CORPORATION,** | * | |
| | * | |
| **Defendant.** | * | |

## NOTICE OF SETTLEMENT

Plaintiff, PAM BELL, and Defendant, VEDS CORPORATION, hereby give notice that the parties have reached a settlement and request fourteen (14) days to submit the necessary paperwork to dismiss the case with prejudice.

Dated: December 6, 2022

/s/ *Joseph E. Shanks*
Joseph E. Shanks #038802
*Attorney for Plaintiff*
208 Adams Avenue
Memphis, TN 38103
(901) 523-1844 – phone
(901) 523-1857 - fax


/s/ *Jay W. Mader*
Jay W. Mader #016199
Paul E. Wehmeier #030400
*Attorneys for Defendant*
P.O. Box 300
Knoxville, Tennessee 37901-0300
(865) 546-7000 – telephone
(865) 546-0423 - fax