IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| PAM BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:22-cv-00035-DCLC-DCP |
| | ) | |
| VEDS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action stipulate, by and through counsel, that this case is dismissed with full and final prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party will bear its or her own discretionary costs and attorneys' fees.

Respectfully submitted this 13th day of December 2022.

ARNETT, DRAPER & HAGOOD, LLP

By: s/Jay W. Mader
Jay W. Mader, BPR #016199
Paul E. Wehmeier, BPR #030400
**Attorneys for Defendant**
P. O. Box 300
Knoxville, TN 37901-0300
865-546-7000

WAMPLER, CARROLL, WILSON and SANDERSON, P.C.

By: s/Joseph E. Shanks (by JWM w/permission)
Joseph E. Shanks, BPR #038802
**Attorneys for Plaintiff**
208 Adams Avenue
Memphis, TN 38103
901-523-1844

## CERTIFICATE OF SERVICE

       The undersigned hereby certify that a true and exact copy of the foregoing has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

       This the 13th day of December 2022.

       ARNETT, DRAPER & HAGOOD, LLP

       By: s/Jay W. Mader
           Jay W. Mader